| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Bruce A. Boice, Esq., SBN: 249296<br>Law Office of Boice & Associates<br>307 E. Chapman Ave., Suite 102<br>Orange, CA 92866<br>TEL: (949) 690-8647<br>FAX: (949) 612-0859<br>bboice@lawyer.com<br><br>*Attorney for Plaintiff* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br><br>Nidal Omar<br><br>Debtor(s). | CASE NO.: 2:12-bk-17755-RK<br><br>CHAPTER: 7 |
|---|---|
| | ADVERSARY NUMBER: |
| Nidal Omar<br><br>Plaintiff(s)<br>Versus<br><br>State of California Franchise Tax Board<br>and<br>State of California Board of Equalization<br><br>Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left-hand corner of this page. The deadline to file and serve a written response is _____. If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:

**Hearing Date:** _____    **Place:**
**Time:** _____        ☐ 255 East Temple Street, Los Angeles, CA 90012
**Courtroom:** _____     ☐ 3420 Twelfth Street, Riverside, CA 92501
                ☐ 411 West Fourth Street, Santa Ana, CA 92701
                ☐ 1415 State Street, Santa Barbara, CA 93101
                ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367

**You must comply with LBR 7016-1, which requires you to file a joint status report and to appear at a status conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court-approved joint status report form is available on the court's website (LBR form F 7016-1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016-1.STATUS. REPORT.ATTACH). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

KATHLEEN J. CAMPBELL
CLERK OF COURT


Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: _____


By: _____
Deputy Clerk

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2012    Page 2    **F 7004-1.SUMMONS.ADV.PROC**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled: **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____    _____    _____
*Date*                              *Printed Name*                     *Signature*

FORM B104 (08/07)                                                                                                                2007 USBC, Central District of California

## ADVERSARY PROCEEDING COVER SHEET
(Instructions on Page 2)

**ADVERSARY PROCEEDING NUMBER**
(Court Use Only)

**PLAINTIFFS**
Nidal Omar

**DEFENDANTS**
State of California Franchise Tax Board and
State of California Board of Equalization

**ATTORNEYS** (Firm Name, Address, and Telephone No.)
Bruce A. Boice, Esq., Law Of Boice & Associates
307 E. Chapman Ave, Suite 102, Orange, CA 92866
TEL: (949) 690-8647

**ATTORNEYS** (If Known)

**PARTY** (Check One Box Only)
☑ Debtor     ☐ U.S. Trustee/Bankruptcy Admin
☐ Creditor     ☐ Other
☐ Trustee

**PARTY** (Check One Box Only)
☐ Debtor     ☐ U.S. Trustee/Bankruptcy Admin
☑ Creditor     ☐ Other
☐ Trustee

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Dischargeability of Taxes

### NATURE OF SUIT
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
[1] 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

*(continued next column)*

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

☐ Check if this case involves a substantive issue of state law      ☐ Check if this is asserted to be a class action under FRCP 23

☐ Check if a jury trial is demanded in complaint      Demand $

**Other Relief Sought**
Dischargeability of Taxes

FORM B104 (08/07), page 2          2007 USBC, Central District of California

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES ||
|---|---|
| **NAME OF DEBTOR** <br> Nidal Omar | **BANKRUPTCY CASE NO.** <br> 2:12-bk-17755 |
| **DISTRICT IN WHICH CASE IS PENDING** <br> Central District of California | **DIVISIONAL OFFICE** <br> Los Angeles     **NAME OF JUDGE** <br> Robert N. Kwan |

| RELATED ADVERSARY PROCEEDING (IF ANY) |||
|---|---|---|
| **PLAINTIFF** | **DEFENDANT** | **ADVERSARY PROCEEDING NO.** |
| **DISTRICT IN WHICH ADVERSARY IS PENDING** | **DIVISIONAL OFFICE** | **NAME OF JUDGE** |

**SIGNATURE OF ATTORNEY (OR PLAINTIFF)**

*[signature]*

| **DATE** <br> 8/31/15 | **PRINT NAME OF ATTORNEY (OR PLAINTIFF)** <br> Bruce A Boice |
|---|---|

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs and Defendents.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not presented by an attorney, the plaintiff must sign.

Bruce A. Boice, Esq. SBN: 249296
Law Offices of Boice & Associates
307 E. Chapman Ave., Suite 102
Orange, CA 92866
(Tel) 949-690-8647
(Fax) 949-612-0859
bboice@lawyer.com

Attorney for Debtor, Nidal Omar

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>NIDAL OMAR<br><br>Debtor, | Case No.: 2:14-bk-17755-RK<br><br>AP No.:<br><br>**COMPLAINT TO DETERMINE DISCHARGEABILITY OF OF TAX LIABILITY** |
| NIDAL OMAR<br><br>Plaintiff,<br><br>STATE OF CALIFORNIA FRANCHISE TAX BOARD<br>and<br>STATE OF CALIFORNIA BOARD OF EQUALIZATION,<br><br>Defendants. | Date: See summons |

1

# COMPLAINT TO DETERMINE THE DISCHARGEABILITY OF TAX LIABILITY

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. Section 1334. This is a core-proceeding pursuant to 28 U.S.C. Section 157(b)(2)(I).

2. Prior to the filing of this bankruptcy of this Chapter 7 bankruptcy proceeding which was commenced on March 2, 2012, Plaintiff filed his California State income tax returns for the calendar years 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008 and 2009.

3. Defendants State of California Franchise Tax Board and State of California Board of Equalization assessed taxes on the returns as set forth in the paragraph as follows:

| PERIOD | TAX | INTEREST | PENALTY | TOTAL |
| --- | --- | --- | --- | --- |
| 10/01/01 to 12/31/2003 | $486,192.60 | $483,255.51 | $97,238.54 | $1,066,686.65 |
| 11/01/05 to 3/31/2009 | $278,996.80 | $55.934.48 | $27,899.71 | $362,830.99 |

4. Debtor is informed and believes that said taxes have continued to accrue interest and penalties since the date of assessment on June 27, 2011, which are part of the liability which Plaintiff now seeks to determine the dischargeability.

5. Defendants Franchise Tax Board and State of California Board of Equalization claim and allege that the taxes set forth herein and all subsequent additions and accruals thereto are due and owing.

6. Plaintiff hereby alleges that all taxes set forth in Paragraph 3, plus all additions and accruals thereto, are dischargeable in this proceeding and are not exempt from discharge pursuant to 11 U.S.C. Section 523(a) or any other provision of law known to Plaintiff.

7. A declaration and determination by this court as to the dischargeability of the taxes referred to herein is necessary and required to conclude this proceeding and to resolve the controversy existing between Plaintiffs and Defendants regarding the taxes.

**WHEREFORE**, Plaintiffs pray for judgment as follows:

1. For determination that the California State taxes owed to the Franchise Tax board and State of California Board of Equalization for the tax years identified herein are dischargeable;

2. For costs of suit herein incurred; and

3. For such other and further relief as this court deems just and proper.

Dated: 9/9/2015

/s/ Bruce A. Boice
Bruce A. Boice, Esq
Attorney for Plaintiff Debtor

3