KAMALA D. HARRIS
Attorney General of California
DIANE S. SHAW
Supervising Deputy Attorney General
BRIAN D. WESLEY
Deputy Attorney General
State Bar No. 219018
  300 South Spring Street, Suite 1702
  Los Angeles, CA 90013
  Telephone: (213) 897-5754
  Fax: (213) 897-5775
  E-mail: Brian.Wesley@doj.ca.gov
*Attorneys for Defendant Franchise Tax Board*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| **In re:**<br>**NIDAL OMAR,**<br>                    Debtor.<br><br>**NIDAL OMAR,**<br>                    Plaintiff,<br>    v.<br>**STATE OF CALIFORNIA FRANCHISE TAX BOARD**<br>**AND**<br>**STATE OF CALIFORNIA STATE BOARD OF EQUALIZATION,**<br>                  Defendants. | CASE NO. 2:12-bk-17755 -RK<br><br>Chapter 7<br><br>Adversary No. 2:15-ap-01488-RK<br><br>**ANSWER TO COMPLAINT TO DETERMINE DISCHARGEABILITY OF TAX LIABILITY**<br><br>Judge:    Honorable Robert N. Kwan |

     Defendant Franchise Tax Board of the State of California ("FTB") answers the Complaint To Determine Dischargeability Of Tax Liability of Plaintiff Nidal Omar ("Plaintiff") as follows:

1

1. The FTB denies each and every averment contained in paragraphs 1, 3, 4, 5, 6, and 7 of the Complaint.

2. The FTB admits that the Debtor filed state income tax returns for the 2003, 2004, 2005, 2006, 2007, 2008, and 2009 tax years prior to the filing of the bankruptcy petition on or about March 2, 2012, but denies that the Debtor filed his 2000, 2001 and 2002 California State income tax returns.

## AFFIRMATIVE DEFENSE

2. AS AND FOR A FIRST, SEPARATE AND AFFIRMATIVE DEFENSE, THE ANSWERING DEFENDANT ALLEGES that Plaintiff's ground for relief is not ripe for adjudication because the failure to file tax returns does not prevent the FTB from issuing additional assessments in addition to the existing assessments.

WHEREFORE, the FTB prays for judgment as follows:

1. That Plaintiff take nothing and be afforded no relief by reason of the Complaint herein;

2. That the FTB be awarded its costs and expenses incurred herein; and

3. That the Court grant FTB such other and further relief as is just and proper

1
2  Dated: October 8, 2015                    Respectfully submitted,

3                                            KAMALA D. HARRIS
                                             Attorney General of California
4                                            DIANE S. SHAW
                                             Supervising Deputy Attorney General
5

6                                            /s/ BRIAN D. WESLEY

7

8
                                             BRIAN D. WESLEY
9                                            Deputy Attorney General
                                             *Attorneys for Defendant*
10                                           *Franchise Tax Board*

11  LA2015501242
    Amended Answer Omar FTB (3).doc
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
300 S. Spring Street, Los Angeles, California 90013

A true and correct copy of the foregoing document entitled (*specify*): **ANSWER TO COMPLAINT TO DETERMINE DISCHARGEABILITY OF TAX LIABILITY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 8, 2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Bruce A Boice    bboice@lawyer.com
- Heide Kurtz (TR)    trustee@hkurtzco.com, ecf.alert+Kurtz@titlexi.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **October 8, 2015**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

State of California Franchise Tax Board
Carissa A. Lynch, Tax Counsel
P.O. Box 1720
MS: A-260
Rancho Cordova, CA 95741-1720
Email: Carissa.Lynch@@ftb.ca.gov

State of California State Board of Equalization
Renee Carter, Tax Counsel
P.O. Box 942879, MIC:82
Sacramento, CA 94279-0001
Email: Renee.Carter@boe.ca.gov

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **October 8, 2015**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Robert N. Kwan
United States Bankruptcy Court, Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1682 / Courtroom 1675
Los Angeles, CA 90012
*Via Personal Messanger*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 8, 2015 | Angela Artiga | /s/ Angela Artiga |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                   **F 9013-1.1.PROOF.SERVICE**